1 **MICHELLE BETANCOURT**
California State Bar No. 215035
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile: (619) 687-2666
michelle_betancourt@fd.org
5
6 Attorneys for Mr. Reynoso-Montero

7

8                   UNITED STATES DISTRICT COURT

9                FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )   Case No. 08mj2271
                                )
12          Plaintiff,           )
                                )
13 v.                            )
                                )   **NOTICE OF APPEARANCE**
14 **JORGE REYNOSO-MONTERO,**    )
                                )
15          Defendant.           )
                                )
16

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance attorney of record

19 in the above-captioned case.

20                                          Respectfully submitted,

21 Dated: July 30, 2008                      s/ *Michelle Betancourt*
                                            **MICHELLE BETANCOURT**
22                                          Federal Defenders of San Diego, Inc.
                                            Attorneys for Defendant
                                            michelle_betancourt@fd.org
23

24

25

26

27

28

**MICHELLE BETANCOURT**
California State Bar No. 215035
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile: (619) 687-2666
michelle_betancourt@fd.org

Attorneys for Mr. Reynoso-Montero

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08mj2271 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | PROOF OF SERVICE |
| **JORGE REYNOSO-MONTERO**, | ) | |
| Defendant. | ) | |

    Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

    Assistant United States Attorney
    efile.dkt.gc1@usdoj.gov,

Dated: July 30, 2008

    *s/ Michelle Betancourt*
MICHELLE BETANCOURT
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: michelle_betancourt@fd.org