DAVID BAKER ATTORNEY AT LAW
RUDOLPH, BAKER & ASSOCIATES
419 19TH St. San Diego Ca.
92102

Attorney for **REYNOSO-MONTERO**

FILED
JUL 31 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. JAN M. ADLER)

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-MJ-02271 |
| Plaintiff, | SUBSTITUTION OF ATTORNEY |
| vs. JORGE REYNOSO-MONTERO | |
| Defendant. | |

PLEASE TAKE NOTICE that the above-named defendant hereby substitutes DAVID BAKER as attorney of record in the above-captioned matter in lieu of MICHELLE BETENCOURT.

Dated: 7/31/08

_____
JORGE REYNOSO

AGREED TO:

Dated: 7/31/08

_____
DAVID BAKER

Dated: 7/31/08

_____
MICHELLE BETANCOURT

Page 1

1  DAVID BAKER 153445
   Attorney at Law
2  419 19TH STREET
   San Diego, California 92101
3  Telephone: (619) 743-0121
   Fax: (619) 238-0144
4

5  Attorney for: REYNOSO-MONTERO

6

7             UNITED STATES DISTRICT COURT

8             SOUTHERN DISTRICT OF CALIFORNIA

9                   (HON. JAN M. ADLER)
                                     ) NO. 08-MJ-02271
10  UNITED STATES OF AMERICA,        )
                                     ) ORDER FOR SUBSTITUTION OF
11       Plaintiff,                  ) ATTORNEY
                                     )
12       vs.                         )
                                     )
13  JORGE REYNOSO-MONTERO            )
                                     )
14       Defendant.                  )

15

16  IT IS HEREBY ORDERED that David Baker by substituted as attorney of record in place of Michelle Betancourt for Defendant Jorge Reynoso-Montero

17

18

19

20
                                        [signature]
21  IT IS SO ORDERED:
                            HON. JAN M. ADLER
22                          MAGISTRATE JUDGE

23

24

25

26

27

28

Page 1